# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**JOHN A. DEEP**

                                  *Plaintiff*

        VS.                              1:05-CV-1187 (FJS) (RFT)

**DAVID BOIES, ESQ.; BOIES, SCHILLER & FLEXNER, LLP; and STRAUS & BOIES, LLP**

                                 *Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

All of the above pursuant to the Order of the Honorable , dated the day of , 2007.  The Court hereby abstains from adjudicating plaintiff's claims pursuant to 28 USC 1334(c)(2), or in the alternative, pursuant to 28 USC section 1334(c)(1). Further Ordered that plaintiff's claims are dismissed in their entirety.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 17th day of January, 2007.

| | |
|---|---|
| **JANUARY 18, 2007** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |